| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN - EDMI

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Paganus, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  i Care Repair** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4423710** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **159 Sexton Road**<br>**Howell, MI 48843**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Livingston**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **JSPayner@gmail.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    

Debtor    **Paganus, LLC**                                          Case number *(if known)* _____
_____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Paganus, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor     **Paganus, LLC**                                          Case number (*if known*)_____
                   Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Paganus, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 2, 2024**
              MM / DD / YYYY

**X /s/ Jeffrey Payne**                  **Jeffrey Payne**
Signature of authorized representative of debtor       Printed name

Title    **owner**

---

**18. Signature of attorney**

**X /s/ George E. Jacobs**           Date   **February 2, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**George E. Jacobs P36888**
Printed name

**Bankruptcy Law Offices**
Firm name

**2425 S. Linden Rd.**
**Ste. C**
**Flint, MI 48532**
Number, Street, City, State & ZIP Code

Contact phone   **(810) 720-4333**     Email address   **george@bklawoffice.com**

**P36888 MI**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan - EDMI

In re    **Paganus, LLC**          Case No.

Debtor(s)        Chapter    **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.    The undersigned is the attorney for the Debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ ]     **FLAT FEE**

       A.     For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

       B.     Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..     _____

       C.     The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

     [ **X** ]     **RETAINER**

       A.     Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **8,272.00**

       B.     The undersigned shall bill against the retainer at an hourly rate of $ _**325.00**_ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.    $ _**1,728.00**_ of the filing fee has been paid.

4.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

       A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

       B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

       C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

       D.     ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

       E.     Reaffirmations;

       F.     Redemptions;

       G.     Other:

           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.    The source of payments to the undersigned was from:

       A.    _**XX**_       Debtor(s)' earnings, wages, compensation for services performed

       B.    _____       Other (describe, including the identity of payor) _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   **February  2, 2024** _____     **/s/ George E. Jacobs** _____

                                                                  Attorney for the Debtor(s)

**George E. Jacobs**
**Bankruptcy Law Offices**
**2425 S. Linden Rd.**
**Ste. C**
**Flint, MI 48532**
**(810) 720-4333**
**george@bklawoffice.com**
**P36888 MI**

Agreed:   **/s/ Jeffrey Payne** _____      _____
                **Jeffrey Payne**
                Debtor                                                    Debtor

**Fill in this information to identify the case:**

Debtor name    **Paganus, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2024**    *X* **/s/ Jeffrey Payne**
                                                    Signature of individual signing on behalf of debtor

                                                **Jeffrey Payne**
                                                Printed name

                                                **owner**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Paganus, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $        0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $        91,000.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................    $        91,000.00

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $        612,750.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $        80,000.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$        209,864.57

4.   Total liabilities ................................................................................................................
     Lines 2 + 3a + 3b                 $        902,614.57

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Paganus, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$1,500.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Chase** | **checking** | | **$2,000.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$3,500.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.      **Accounts receivable**

Debtor    **Paganus, LLC**                                    Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | 2,500.00 | - | 0.00 | = .... | $2,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $2,500.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                          % of ownership | | |
| 15.1. | **d/b/a   i Care Repair**            **100**  % | | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>misc. parts/used units for sale | | $0.00 | Liquidation | $80,000.00 |

| 23. | **Total of Part 5.** | $80,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

Debtor    **Paganus, LLC**                               Case number *(If known)* _____
<br>           Name

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No. Go to Part 7.
      ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No. Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|      misc. office equipment | **$0.00** | Liquidation | **$2,500.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                  **$2,500.00**
      Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No. Go to Part 9.
      ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor   **Paganus, LLC**                                    Case number *(If known)* _____
_____
Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      misc. machinery/tools _____      $0.00    Liquidation _____       $2,500.00
_____

51.   **Total of Part 8.**                                                              | $2,500.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor    **Paganus, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $80,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $91,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Paganus, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Byzfunder**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**all personal property** | **$77,550.00** | **$0.00** |
|---|---|---|---|---|

**263 W 38th St 13th Floor, New York, NY 10018**

Creditor's mailing address

**customerservice@byzfinder.com**

Creditor's email address, if known

**Date debt was incurred**
**11/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**all asset lien/UCC-1**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **On Deck Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**all personal property** | $48,000.00 | $0.00 |
|---|---|---|---|---|

**1400 Broadway 25th Floor New York, NY 10017**

Creditor's mailing address

**mhuza@ondeck.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe the lien
**all asset lien/UCC-1**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Paganus, LLC**                                          Case number (if known) _____
_____
          Name

■ No
□ Yes. Specify each creditor,           □ Contingent
including this creditor and its relative □ Unliquidated
priority.                                □ Disputed
_____

| 2.3 | **SBA** | Describe debtor's property that is subject to a lien | $487,200.00 | $91,000.00 |
|-----|---------|--------|--------|--------|

Creditor's Name                          **all personal property**

**2 North St. , Ste. 320**
**Birmingham, AL 35203**

Creditor's mailing address               **Describe the lien**
                                         **all asset filing/UCC-1**
                                         **Is the creditor an insider or related party?**
**answerdesk@sba.gov**                   □ No
                                         ■ Yes
Creditor's email address, if known       **Is anyone else liable on this claim?**
                                         □ No
**Date debt was incurred**               ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                     □ Contingent
□ Yes. Specify each creditor,            □ Unliquidated
including this creditor and its relative □ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $612,750.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|------------------------------------------------|

**Fill in this information to identify the case:**

Debtor name **Paganus, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Michigan Sales Use Witholding Taxes**<br>**PO Box 30427**<br>**Lansing, MI 48909** | $80,000.00 | $80,000.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020-2024**

Basis for the claim:
**taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Capital One**<br>**P.O. Box 790216**<br>**Saint Louis, MO 63179** | $20,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **collection**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | $37,384.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **credit card**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Paganus, LLC | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**Citibank**
**701 E. 60th St. N.**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2023**

Basis for the claim: **credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,823.75**

**Injured Gadgets**
**6141 Crooked Creek Rd NW,**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **collection**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,156.82**

**On Deck Capital**
**1400 Broadway 25th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **collection**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Ridge Heating and Cooling**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **collection**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**WGHN**
**1 S. Harbor Drive**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **collection**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**WHMI**
**28069 Diaz Rd. Ste. E**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **collection**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor   **Paganus, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  80,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $  209,864.57 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $  289,864.57 |

**Fill in this information to identify the case:**

Debtor name  **Paganus, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Commerical Real Estate located at :<br>2236 S. Milford<br>Highland, MI 48351<br>12/31/27**<br><br><br>**Black Rock Corporate<br>227 West Monroe<br>Chicago, IL 60606** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of commericial real estate located at:<br>101 Brookside Lane<br>Brighton, MI  48814<br>2/28/25**<br><br><br>**Brookside Development Co. LLC<br>5710 Bauer Rd.<br>Allen Park, MI 48101-6000** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of commercial real estate located at:<br>598 N. Beacon Blvdf.,<br>Ste. 4<br>Grand Haven, MI 49417<br>1/31/26**<br><br><br>**Grand Haven Shopping Center<br>6190 Cochran Rd.<br>Solon, OH 44139** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of commerical property located at:<br>1122 S. Michigan Ave.<br>Howell, MI 48843<br>12/31/24**<br><br><br>**Phillis Meadows<br>5410 W. Lowe Rd.<br>Fowlerville, MI 48836** |

Debtor 1  **Paganus, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5. State what the contract or lease is for and the nature of the debtor's interest

**Lease of commerical real estate located at: 3013 Shore Dr. Holland, MI 49742 12/31/25**

State the term remaining

List the contract number of any government contract

**Visser Development
1946 Turner Ave.
Grand Rapids, MI 49501**

**Fill in this information to identify the case:**

Debtor name  **Paganus, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jeffrey Payne** | **159 Sexton Road**<br>**Howell, MI 48843** | **SBA** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jeffrey Payne** | **159 Sexton Road**<br>**Howell, MI 48843** | **Byzfunder** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Jeffrey Payne** | **159 Sexton Road**<br>**Howell, MI 48843** | **On Deck Capital** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Jeffrey Payne** | **159 Sexton Road**<br>**Howell, MI 48843** | **On Deck Capital** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.5 | **Tiffany Payne** | **15t9 Sexton Road**<br>**Howell, MI 48843** | **SBA** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Paganus, LLC**            Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Official Form 206H            Schedule H: Your Codebtors            Page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Paganus, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$89,248.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$995,719.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,029,042.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **Paganus, LLC** _____  Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **Paganus, LLC**

Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bankruptcy Law Office**<br>**2425 S. Linden Rd.**<br>**Ste. C**<br>**Flint, MI 48532** | | **2/1/24** | **$8,272.00** |
| | Email or website address<br>**george@bklawoffice.com** | | | |
| | Who made the payment, if not debtor?<br>**Jeffrey Payne** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Paganus, LLC**                                          Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

Debtor    **Paganus, LLC** _____    Case number *(if known)* _____

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | Paganus, LLC | Case number *(if known)* | |
|---|---|---|---|

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Payne | 159 Sexton Road Howell, MI 48843 | sole member of LLC | 100% owner |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeffrey Payne 159 Sexton Road Howell, MI 48843 | $5000 | over the last year | draw |
| | Relationship to debtor owner | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **Paganus, LLC**                                           Case number *(if known)*  _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2024**

**/s/ Jeffrey Payne**                                          **Jeffrey Payne**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Michigan - EDMI

In re   **Paganus, LLC** _____   Case No. _____
                          Debtor(s)                Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey Payne**<br>**159 Sexton Road**<br>**Howell, MI 48843** | | | **100% owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February  2, 2024** _____   Signature   **/s/ Jeffrey Payne** _____
                                                            **Jeffrey Payne**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Michigan - EDMI**

In re    **Paganus, LLC**                                                    Case No.

                                                Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 2, 2024**                        **/s/ Jeffrey Payne**
                                                **Jeffrey Payne/owner**
                                                Signer/Title

George E. Jacobs
Bankruptcy Law Offices
2425 S. Linden Rd.
Ste. C
Flint, MI 48532


IRS-Special Procedures
P.O.BOX 330500
Stop 15
Detroit, MI 48232


Attorney General
Law Building
525 Ottawa
Lansing, MI 48913


U.S. Attorney
Attn: Civil Division
210 Federal Building
600 Church Street
Flint, MI 48502


U.S. Trustee
211 West Fort Street
Ste. 700
Detroit, MI 48226


Black Rock Corporate
227 West Monroe
Chicago, IL 60606


Brookside Development Co. LLC
5710 Bauer Rd.
Allen Park, MI 48101-6000


Byzfunder
263 W 38th St 13th Floor,
New York, NY 10018


Capital One
P.O. Box 790216
Saint Louis, MO 63179


Chase
P.O. Box 94014
Palatine, IL 60094

Citibank
701 E. 60th St. N.
Sioux Falls, SD 57104


Grand Haven Shopping Center
6190 Cochran Rd.
Solon, OH 44139


Injured Gadgets
 6141 Crooked Creek Rd NW,
Norcross, GA 30092


Jeffrey Payne
159 Sexton Road
Howell, MI 48843


Jeffrey Payne
159 Sexton Road
Howell, MI 48843


Jeffrey Payne
159 Sexton Road
Howell, MI 48843


Jeffrey Payne
159 Sexton Road
Howell, MI 48843


Michigan Sales Use Witholding Taxes
PO Box 30427
Lansing, MI 48909


On Deck Capital
1400 Broadway 25th Floor
New York, NY 10017


On Deck Capital
1400 Broadway 25th Floor
New York, NY 10017


Phillis Meadows
5410 W. Lowe Rd.
Fowlerville, MI 48836

Ridge Heating and Cooling


SBA
2 North St. , Ste. 320
Birmingham, AL 35203


Tiffany Payne
15t9 Sexton Road
Howell, MI 48843


Visser Development
1946 Turner Ave.
Grand Rapids, MI 49501


WGHN
1 S. Harbor Drive
Grand Haven, MI 49417


WHMI
28069 Diaz Rd. Ste. E
Temecula, CA 92590